In the Matter of the Application of FRED B. UNGER, Appellant, for an Order of Mandamus against JOHN F. FULBECK and Others, as the Board of Auditors

† Affd., 254 N. Y. ——.

of the Town of Harrison, Respondents.— Order denying peremptory mandamus order directing the board of auditors to convene and to audit and allow the claim of the petitioner affirmed, without costs. The subject-matter of the claim, salary, is not within the jurisdiction of the board of town auditors. (Town Law, § 149-d.) █ Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.